# — EXHIBIT  A —



Return Mail Processing Center:
P.O. Box 1907
Suwanee, GA 30024



Patricia Cavallaro Kearins

October 17, 2025

## Notice of Data Breach

Dear Patricia Cavallaro Kearins:

We are writing to inform you of an incident that may have involved your personal and/or health information. This letter is from Modernizing Medicine, Inc. ("ModMed"), which is a vendor that provides electronic health record and other services to podiatry providers, including New York Podiatric Medicine & Surgery P.C. from which you may have received care.

### What happened?

On July 21, 2025, ModMed became aware of potential unauthorized activity in certain computer servers, which ModMed subsequently determined involved servers containing limited data from some of our podiatry customers. We immediately took steps to prevent any further unauthorized activity and began an investigation, including engaging a leading forensic firm. We also contacted law enforcement. Based on our review, we learned on July 29, 2025, that an unauthorized third party was able to see and take copies of some information in the podiatry computer servers between July 9, 2025, and July 10, 2025. We conducted a comprehensive data review of the impacted information to identify the affected practices and patients, and we notified affected health care providers beginning September 19, 2025.

### What information may have been involved?

Based on the review, your personal information involved in this incident may have included one or more of the following: full name, address, date of birth, phone number, email address, health insurance information, and medical information (such as medical record number, patient account number, date(s) of service, provider and practice name, billing/diagnostic codes, prescription/medication information, and/or diagnosis and treatment information). **Your Social Security number, bank/financial account information, credit card information, driver's license number, government ID card, and full medical records were not involved in this incident.** Please note that not all data elements were involved for all individuals.

### What we are doing

ModMed takes privacy and security very seriously. In response to this incident, we immediately took action to block and prevent further unauthorized activity. We have further enhanced our security controls and practices as appropriate to minimize the risk of a similar incident in the future.