**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM DIVISION**

**CASE NO.: 9:25-cv-81443-EA**

PATRICIA CAVALLARO-KEARINS, on behalf of herself and all others similarly situated,

Plaintiff,

v.

MODERNIZING MEDICINE, INC.,

Defendant.

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY**

Plaintiff and Defendant hereby notify the Court they have reached an agreement in principle on the material terms of a settlement to resolve and release on a classwide basis all claims alleged in this action. The settlement is conditioned on the parties executing a written settlement agreement which will be the subject of Plaintiff's unopposed motion for preliminary approval to be filed within 60 days of today. Based on the foregoing, the Parties request the Court stay all deadlines pending approval of the settlement.

Dated: April 3, 2026. Respectfully submitted,

*/s/Jeff Ostrow*
Jeff Ostrow FBN 121452
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel : 954-332-4200
ostrow@kolawyers.com

Mariya Weekes FBN 56299
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL, 33131
Tel: 786.206-9057

*/s/ Kristine McAlister Brown*
Kristine McAlister Brown
Florida Bar No.443640
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Tele: 404-881-7584
kristy.brown@alston.com

*Counsel for Defendant*

mweekes@milberg.com

Raina C. Borrelli (*admitted pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 M. Michigan Ave. Ste. 1610
Chicago, IL 60611
Tel.: (972) 263-1100
raina@straussborrelli.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 3, 2026, a true and correct copy of the foregoing was filed using the CM/ECF system which will send a notice of electronic filing to all counsel or parties on the service list.

*/s/ Jeff Ostrow*
Jeff Ostrow